1  ERIC HOLDER
   ATTORNEY GENERAL
2  OF THE UNITED STATES

3  FLORENCE T. NAKAKUNI (2286)
   United States Attorney
4  District of Hawaii

5  THOMAS A. HELPER (5676)
   Special Attorney
6  Room 6-100, PJKK Federal Bldg.
   300 Ala Moana Boulevard
7  Honolulu, Hawaii 96850
   Telephone: (808) 541-2850
8  Facsimile: (808) 541-3752
   Email: Tom.Helper@usdoj.gov
9
   Attorneys for Defendant
10 ERIC HOLDER, ATTORNEY GENERAL
   OF THE UNITED STATES DEPARTMENT
11 OF JUSTICE

12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14
                         WESTERN DIVISION
15

16  MALIA BRUYNEEL; SHIRLEY CAIN;  ) NO. CV-10-06154 DMG (DTBx)
    MICHAEL DIAZ; and MARCY        )
17  SANDUM                         )
                                   ) [PROPOSED] ORDER GRANTING
18                                 ) STIPULATED PROTECTIVE ORDER
                 Plaintiffs,       )
19                                 )
           V.                      )
20                                 )
    ERIC HOLDER, ATTORNEY          )
21  GENERAL, U.S. DEPARTMENT OF    )
    JUSTICE, FEDERAL BUREAU OF     )
22  PRISONS,                       )
                                   )
23               Defendant.        )

24
          PROPOSED ORDER GRANTING STIPULATED PROTECTIVE ORDER
25

26     IT IS HEREBY ORDERED as follows.  Plaintiffs seek discovery

27  of certain records regarding government personnel which are held

28  by the defendant, including records of disciplinary

    investigations, and records that contain social security numbers

1  and other potentially sensitive information (hereinafter
2  "personnel records").  Portions of the personnel records may be
3  covered by the Privacy Act, 5 U.S.C. § 552a, barring release
4  unless ordered by a court of competent jurisdiction.
5       Disclosure of the personnel records is reasonably necessary
6  for the investigation and adjudication of this case.
7  Accordingly, the parties have agreed to release of the documents
8  on the terms set forth in a Stipulated Protective Order, and the
9  court finds good cause for such release.
10
11      DATED: April 18, 2011
12
13
14
15
16                              UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28