UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL        JS-6

| | |
|---|---|
| Case No. **CV 10-6154-DMG (DTBx)** | Date May 31, 2013 |

| | |
|---|---|
| Title | MALIA BRUYNEEL, ET AL. V. ERIC HOLDER |

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| M. SALCIDO for V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

In light of the Second Status Report Re: Results of Mediation, filed May 29, 2013, indicating that the case has settled in its entirety, this action is placed in inactive status.

By July 29, 2013 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of *July 30, 2013*.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All pretrial and trial dates are hereby VACATED.

IT IS SO ORDERED.

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>MS</u> |
|---|---|---|