ERIC HOLDER
ATTORNEY GENERAL
OF THE UNITED STATES

FLORENCE T. NAKAKUNI (2286)
United States Attorney
District of Hawaii

THOMAS A. HELPER (5676)
Special Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Tom.Helper@usdoj.gov

Attorneys for Defendant
ERIC HOLDER, ATTORNEY GENERAL
OF THE UNITED STATES DEPARTMENT
OF JUSTICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MALIA BRUYNEEL; SHIRLEY CAIN; MICHAEL DIAZ; and MARCY SANDUM,<br><br>　　　　　　Plaintiffs,<br><br>　　V.<br><br>ERIC HOLDER, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS,<br><br>　　　　　　Defendant. | NO. CV-10-06154 DMG (DTBx)<br><br>ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [82] |

1      Based on the parties' Stipulation, and good cause
2 appearing, the Court hereby dismisses the above-captioned action
3 with Prejudice.
4      IT IS SO ORDERED.

6 DATED: September 12, 2013

                                   _____
                                   DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE